# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SOUBLET (aka SYLVIA MYLES),<br><br>　　　　Plaintiff,<br>vs.<br>COUNTY OF ALAMEDA and LORI COX, in her Official and Individual Capacity, and DOES 1-50 inclusive,<br><br>　　　　Defendants. | Case No. 18-cv-03738-JST<br><br>[~~PROPOSED~~ ORDER] GRANTING STIPULATION TO EXTEND THE BRIEFING DEADLINES AND CONTINUE THE HEARING REGARDING DEFENDANTS COUNTY OF ALAMEDA AND LORI COX'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT |

## ORDER

Upon consideration of the Stipulation for Extension of Time for Defendants' Partial Motion to Dismiss Plaintiff's First Amended Complaint,

**IT IS ORDERED** that:

1) The Extension of Time is GRANTED; and

2) Plaintiff's Response is due on November 5, 2018.

3) Defendants' Reply is due on November 12, 2018.

4) The Motion Hearing is set for ~~November 29~~ December 6, 2018, 2:00 PM, Courtroom 9, 19th Floor.



IT IS SO ORDERED AS MODIFIED
Judge Jon S. Tigar

_____
THE HONORABLE JON S. TIGAR
Judge, United States District Court

October 19, 2018

---

**STIPULATION AND ORDER TO EXTEND THE BRIEFING DEADLINES AND CONTINUE THE HEARING ON DEFENDANTS' PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**
18-cv-03738-JST

3