LAFAYETTE & KUMAGAI LLP
GARY T. LAFAYETTE (SBN 88666)
Email: glafayette@lkclaw.com
BRIAN H. CHUN (SBN 215417)
Email: bchun@lkclaw.com
1300 Clay Street, Suite 810
Oakland, California 94612
Telephone: (415) 357-4600
Facsimile: (415) 357-4605

Attorneys for Defendants
COUNTY OF ALAMEDA and LORI COX


LAW OFFICES OF BONNER & BONNER
CHARLES A. BONNER (SBN 85413)
Email: cbonner799@aol.com
A. CABRAL BONNER (SBN 247528)
Email: cabral@bonnerlaw.com
475 Gate Five Road, Suite 212
Sausalito, California 94965
Telephone: (415) 331-3070
Facsimile: (415) 331-2738

Attorneys for Plaintiff
SYLVIA SOUBLET

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SYLVIA SOUBLET (aka SLYVIA MYLES),<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF ALAMEDA and LORI COX, in her Official and Individual Capacity, and DOES 1-50 inclusive.<br><br>Defendants. | Case No. 18-cv-03738-JST<br><br>**STIPULATION AND REQUEST TO EXTEND DEADLINE FOR CONDUCTING MEDIATION; [PROPOSED] ORDER**<br><br>Courtroom: 9, 19th Floor<br>Judge: Hon. Jon S. Tigar<br><br>Action Filed: July 24, 2018 |

STIPULATION AND REQUEST TO EXTEND DEADLINE
FOR CONDUCTING MEDIATION; [PROPOSED] ORDER
(Case No. 18-cv-03738-JST)

# STIPULATION AND REQUEST

Plaintiff Sylvia Soublet ("Plaintiff") and Defendants County of Alameda and Lori Cox ("Defendants") (collectively referred to as the "Parties") through their respective counsel hereby stipulate and request as follows:

WHEREAS on October 19, 2018, the Court issued an Order referring the Parties to a private mediation with the Honorable Maria-Elena James (retired) to be held by February 15, 2019, pursuant to stipulation of the Parties;

WHEREAS, due to difficulties relating to deposition scheduling, the parties were unable to schedule a mediation to take place by February 15, 2019; and

WHEREAS the Parties have scheduled a mediation with Judge James for June 18, 2019, which is the first available date that works for the Parties and Judge James;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND REQUESTED by and between the Parties through their respective attorneys of record that the deadline to conduct mediation be extended to June 18, 2019.

DATED: April 9, 2019                     LAFAYETTE & KUMAGAI LLP

                                         */s/ Brian H. Chun*
                                         BRIAN H. CHUN
                                         Attorney for Defendants
                                         COUNTY OF ALAMEDA and LORI COX


DATED: April 9, 2019                     LAW OFFICES OF BONNER & BONNER

                                         */s/ A. Cabral Bonner*
                                         A. CABRAL BONNER
                                         Attorney for Plaintiff
                                         SYLVIA SOUBLET



STIPULATION AND REQUEST TO EXTEND DEADLINE
FOR CONDUCTING MEDIATION; [~~PROPOSED~~] ORDER
(Case No. 18-cv-03738-JST)

1

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of A. Cabral Bonner, counsel for Plaintiff, for the filing of this Stipulation.

                    */s/ Brian H. Chun*
                    BRIAN H. CHUN

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605

2

STIPULATION AND REQUEST TO EXTEND DEADLINE
FOR CONDUCTING MEDIATION; [PROPOSED] ORDER
(Case No. 18-cv-03738-JST)